Certificate Number: 13858-MD-CC-038554134



13858-MD-CC-038554134

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 8, 2024, at 12:01 o'clock PM EDT, Charles A Crandell received from MoneySharp Credit Counseling Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Maryland, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 8, 2024              By:     /s/Braylin Schlatter-Balough

                                  Name:   Braylin Schlatter-Balough

                                  Title:  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).