Certificate Number: 13858-MD-DE-038947175

Bankruptcy Case Number: 24-16439



13858-MD-DE-038947175

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2024, at 9:21 o'clock PM EDT, Charles A. Crandell completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:  October 8, 2024              By:    /s/Seleste Muniz

                                    Name:  Seleste Muniz

                                    Title: Counselor