Entered: November 12, 2024
Signed:  November 12, 2024

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   24–16439 – NVA      Chapter:   7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Charles A. Crandell
4900 Muddy Creek Rd.
West River, MD 20778

Social Security No.:   xxx–xx–8620

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 7/31/24.

The estate of the above–named debtor has been fully administered.

ORDERED, that Monique Desiree Almy is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *LaurieArter*